IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JON L. JOHNSON, # 179845, | ) |
| Plaintiff, | ) |
| vs. | ) CIV. ACT. 1:22-cv-223-TFM-N |
| PHILLIP MITCHELL, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On November 28, 2022, the Magistrate Judge filed a Report and Recommendation which recommends this case be transferred to the United States District Court for the Northern District of Alabama. *See* Doc. 9. No objections were filed.

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that this action is hereby **TRANSFERRED** to the United States District Court for the Northern District of Alabama. Any pending motions shall remain for resolution by the gaining court.

The Clerk of Court is **DIRECTED** to effectuate the transfer.

**DONE and ORDERED** this 3rd day of February 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE