# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JON L. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-cv-00154-ACA-SGC |
| CO1 PHILLIP MITCHELL, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on September 8, 2023, recommending the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 19). Although the magistrate judge advised the plaintiff of his right to file written objections within fourteen days, and the consequences of failing to object, the court has not received any objections. (Doc. 19 at 16–17).

Plaintiff Jon L. Johnson's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. In the light of the proposed findings,[1] the court agrees with the

---

[1] Although there are no objections to the proposed findings, the court notes two minor factual errors that do not affect the analysis: First, page six of the report and recommendation states plaintiff seeks $1,000 in compensatory damages and $1,000,000 in punitive damages, multiplied by the number of days he spent in lock up. (Doc. 19 at 6). Plaintiff seeks to multiply only compensatory damages by the dates he was in lock up, not punitive damages. (*See* docs. 4 at 8; 16 at 6). Second, the report and recommendation infers that plaintiff was placed in segregation for

proposed recommendation. The court therefore **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failing to state a claim upon which relief can be granted.

A final judgment will be entered.

**DONE** and **ORDERED** this October 19, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

---

thirty days. (Doc. 19 at 11–12). But in the disciplinary form that Mr. Johnson attached to his complaint, his term of disciplinary segregation was for fifteen days. (Doc. 16 at 19). And Mr. Johnson does not allege he was segregated for more than fifteen days. (*See* docs. 4, 6, 16).